**RIVKIN RADLER**
ATTORNEYS AT LAW

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

GREGORY D. MILLER
(201) 287-2474
PARTNER
gregory.miller@rivkin.com

March 4, 2025

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re: *Jazz Pharmaceuticals Ireland Limited, et al. v. Sandoz Inc., et al.*
        Civil Action No.: 3:24-cv-09110(RK)(RLS)

Dear Judge Singh:

    This firm, together with Perkins Coie LLP, represents Defendants RK Pharma, Inc. ("RK Pharma") in connection with the above-referenced action. We write on behalf of counsel for all the parties to respectfully request a two-week extension of the deadline to submit a proposed Discovery Confidentiality Order ("DCO") to March 19, 2025.

    Plaintiffs Jazz Pharmaceuticals Ireland Limited and Pharma Mar, S.A. (collectively, "Plaintiffs") and Defendants Sandoz Inc., Invagen Pharmaceuticals, Inc., Cipla USA, Inc., Cipla (EU) Limited, Cipla Limited, Zydus Lifesciences Global FZE, Zydus Pharmaceuticals (USA) Inc., Zydus Lifesciences Limited, RK Pharma, Inc., MSN Pharmaceuticals, Inc. and MSN Laboratories Pvt. Ltd. (collectively, "Defendants") (all collectively, the "Parties") are diligently working to finalize the DCO but require additional time to discuss a few specific provisions. Accordingly, the Parties respectfully request a two-week extension of the current March 5, 2025 deadline to submit the proposed DCO. If this request is granted, the new deadline would be March 19, 2025. All parties consent to this request. This would be the parties' second extension of this deadline.

    If this request is amenable to the Court, we respectfully request that Your Honor So Order this letter and enter it on the docket. We thank the Court for its attention to this matter.

| | | | | |
|---|---|---|---|---|
| 66 South Pearl Street | 1301 Riverplace Boulevard | 477 Madison Avenue | 2649 South Road, Suite 100 | 926 RXR Plaza |
| Albany, NY 12207-1533 | Jacksonville, FL 32207-9047 | New York, NY 10022-5818 | Poughkeepsie, NY 12601-6843 | Uniondale, NY 11556-0926 |
| T 518.462.3000 F 518.462.4199 | T 904.792.8925 F 904.467.3461 | T 212.455.9555 F 212.687.9044 | T 845.473.8100 F 845.473.8777 | T 516.357.3000 F 516.357.3333 |

Judge Rukhsanah L. Singh
March 4, 2025
Page 2

Respectfully submitted,
**RIVKIN RADLER LLP**

*s/ Gregory D. Miller*
Gregory D. Miller

cc: All Counsel of Record (via ECF)

SO ORDERED:

March 5, 2025

HON. RUKHSANAH L. SINGH, U.S.M.J.