Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
(973) 286-6715
clizza@saul.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAZZ PHARMACEUTICALS IRELAND LIMITED and PHARMA MAR, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., INVAGEN PHARMACEUTICALS, INC., CIPLA USA, INC., CIPLA (EU) LIMITED, CIPLA LIMITED, ZYDUS LIFESCIENCES GLOBAL FZE, ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS LIFESCIENCES LIMITED, RK PHARMA, INC., MSN PHARMACEUTICALS INC., and MSN LABORATORIES PVT. LTD., <br><br> Defendants. | Civil Action No. 24-9110 (RK)(RLS) <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br> **(Filed Electronically)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Jazz Pharmaceuticals Ireland Limited and Pharma Mar, S.A. (collectively, "Plaintiffs") and Defendant Sandoz Inc. ("Sandoz") hereby stipulate and agree that all claims and defenses asserted by Plaintiffs and Sandoz against each other in the above-captioned action are hereby dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party.

The dismissal of this matter with respect to Sandoz shall not result in the dismissal of any claims, defenses, and/or counterclaims with respect to any other defendant.

1

**STIPULATED AND AGREED TO:**

Dated: March 26, 2025

By: <u>s/Eric I. Abraham</u>
Eric I. Abraham
William P. Murtha
Kristine L. Butler
Hill Wallack LLP
21 Roszel Road
Princeton, New Jersey 08540
(609) 734-6358 (telephone)


*Of Counsel:*
William A. Rakoczy
Rachel Pernic Waldron
Steven J. Birkos
Nicholas D. Bortz
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157 (telephone)

*Attorneys for Defendant Sandoz Inc.*

By: <u>s/ Charles M. Lizza</u>
Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
Saul Ewing LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520,
Newark, NJ 07102-5426
(973) 286-6715
clizza@saul.com

*Of Counsel*:
Dominick A. Conde
Erin J.D. Austin
Damien N. Dombrowski
VENABLE LLP
151 West 42nd Street
New York, NY 10036

Alvin Lee
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 20001

*Attorneys for Plaintiffs*

**SO ORDERED** this 27th day of March, 2025

_____
Hon. Robert Kirsch, U.S.D.J.

2